AO 450  (Rev. 7/99) Judgment in a Civil Case                **CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MICHAEL CHIRCO and DOMINIC MOCERI,

        Plaintiff,

v.

GATEWAY OAKS, LLC, et al.,,

        Defendant.

_____/

JUDGMENT IN A CIVIL CASE

Case Number: 02-73188

Honorable

■   **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment be entered for the Defendants and against the Plaintiffs.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

Julie Greenberg, Bernard Cantor, Douglas P. LaL. Robert J. Pineau, James J. Parks

Date   9/26/05

David Weaver, Clerk of Court

s/ Jonie Parker
Deputy Clerk